**Abatement Order filed February 12, 2019**



In The

# Fourteenth Court of Appeals

_____

## NO. 14-18-00943-CR
_____

**BRANDIN M. GLISPY, Appellant**

**V.**

**THE STATE OF TEXAS, Appellee**

**On Appeal from the 176th District Court**
**Harris County, Texas**
**Trial Court Cause No. 1557607**

## ABATEMENT ORDER

Appellant is represented by appointed counsel, Brian M. Middleton. Appellant's brief was due February 8, 2019. Since Middleton's appointment he was elected to serve as the Fort Bend County District Attorney. Therefore, appellant is not currently represented by counsel.

Accordingly, the case is abated and remanded to the trial court with instructions to permit Brian M. Middleton's withdrawal and appoint new counsel.

The trial court is directed to have a supplemental clerk's record containing that appointment filed with the clerk of this court on or before March 12, 2019.

The appeal is abated, treated as a closed case, and removed from this court's active docket. The appeal will be reinstated on this court's active docket when the trial court's supplemental clerk's record is filed with this court.

PER CURIAM